Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Indiana

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Auxiliary Operations Resource, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Aux-Ops |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-5490174 |

4. **Debtor's address**

**Principal place of business**

923 Whitaker Road, Suite A
Number        Street

_____

Plainfield              IN      46168
City                    State   ZIP Code

Hendricks County
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City                    State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City                    State   ZIP Code

5. **Debtor's website** (URL)     www.aux-ops.com

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Auxiliary Operations Resource, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

493110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ MM / DD / YYYY   Case number _____

District _____ When _____ MM / DD / YYYY   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____ MM / DD / YYYY

Case number, if known _____

| Debtor | Auxiliary Operations Resource, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** *(Check all that apply.)*

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____
  Number        Street

  _____

  _____
  City                              State        ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

Debtor    Auxiliary Operations Resource, Inc.          Case number *(if known)*_____
       Name

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/26/2025
         MM  / DD / YYYY

✖ /s/ James Oliver             James Oliver
Signature of authorized representative of debtor    Printed name

Title   President

**18. Signature of attorney**

✖ /s/ Jeffrey Hester        Date   06/26/2025
Signature of attorney for debtor          MM / DD / YYYY

Jeffrey Hester
Printed name
Hester Baker Krebs LLC
Firm name
One Indiana Sq Suite 1330
Number     Street
Indianapolis            IN     46204
City            State     ZIP Code
317-833-3030         jhester@hbkfirm.com
Contact phone           Email address

22048-49            IN
Bar number           State

Auxiliary Operations Resource, Inc.

Debtor _____   Case number (*if known*)_____
First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

**Business**                                      909 Whitaker Road Plainfield, IN
                                                  46168, Hendricks County

**Fill in this information to identify the case:**

Debtor name ___Auxiliary Operations Resource, Inc._____

United States Bankruptcy Court for the: ___Southern District of Indiana___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:**   Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................

   $ ____1,551,967.96

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................

   $ ____1,551,967.96

---

**Part 2:**   Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................

   $ ____2,104,325.48

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*................................................

   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

   **+** $ ____4,794,292.62

4. **Total liabilities** ................................................
   Lines 2 + 3a + 3b

   $ ____6,898,618.10

**Fill in this information to identify the case:**

Debtor name ___Auxiliary Operations Resource, Inc.___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Exeter 558 Airtech, LLC Five Radnor Corporate Center 100 Matsonford Road, Suite 250 Wayne, PA, 19087 | | | | | | 1,686,925.28 |
| 2 | Labor Solutions 10275 W. Higgins Rd., Suite 725 Des Plaines, IL, 60018 | | Suppliers or Vendors | | | | 1,091,115.06 |
| 3 | The JM Companies LLC d/b/a Horizon America 606 E. Landis Avenue Vineland, NJ, 08360 | | | | | | 728,330.65 |
| 4 | Summit 610 Enterprize Drive Oak Brook, IL, 60523 | Analisa Gutierrez analisa@summitstaffing.com | Services | | | | 446,946.29 |
| 5 | CPUS Metro Air Plainfield, LP 200 Park Avenue, 20th Floor New York, NY, 10166 | | Leased property (776 Columbia Dr., Plainfield, IN) | | | | 225,061.95 |
| 6 | Associated 7954 Solution Center Chicago, IL, 60677 | Teresa Richards trichards@associated-solutions.com | Suppliers or Vendors | | | | 95,407.09 |
| 7 | Penske Truck Leasing P.O. Box 802577 Chicago, IL, 60680-2577 | | Services | | | | 95,152.67 |
| 8 | Merchants Warehousing Services, Inc. 319 Glen Street Crawfordsville, IN, 47933 | Hanna Foster hannah@bandlengineering.com | Leased property (510 Sheridan Ave.,Crawfordsville, IN) | | | | 82,876.15 |

Debtor    Auxiliary Operations Resource, Inc.
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Welch Packaging Group P.O. Box 856421 Minneapolis, MN, 55485 | Jenn VanCurren vancurrenja@welchpkg.com | Suppliers or Vendors | | | | 57,946.11 |
| 10 | Anthem Blue Cross Blue Shield P.O. Box 61010 Virginia Beach, VA, 23466 | | Insurance | | | | 33,571.30 |
| 11 | Everon P.O. Box 872987 Kansas City, MO, 64187 | Marsha Jones marshajones@everonsolutions.com | Utility Services | | | | 33,296.76 |
| 12 | Supreme X 7915 East 30th Street Indianapolis, IN, 46219 | | Services | | | | 32,638.57 |
| 13 | Job and Talent - LGS Staffing 7820 Roswell Road Atlanta, GA, 30350 | | Services | | | | 30,117.98 |
| 14 | OPS - Optimum Personnel Services 6565 Beach Blvd. Jacksonville, FL, 32216 | ap@opsstaff.com | Services | | | | 24,923.46 |
| 15 | FlexPac P.O. Box 62300 Indianapolis, IN, 46262 | Steve Christianson schristianson@flexp.com | Suppliers or Vendors | | | | 20,928.42 |
| 16 | BCI Cra-Wal Division P.O. Box 74007168 Chicago, IL, 60674-7168 | | Suppliers or Vendors | | | | 17,568.44 |
| 17 | Auto Owners Insurance P.O. Box 30512 Lansing, MI, 48909 | | Insurance | | | | 16,244.67 |
| 18 | Johnson-Melloh 5925 Stockberger Place Indianapolis, IN, 46241 | Michelle Star mstarr@johnsonmelloh.com | Suppliers or Vendors | | | | 14,729.91 |
| 19 | Priority Press 4026 W. 10th Street Indianapolis, IN, 46222 | Joe Straka j.straka@priority-press.com | Suppliers or Vendors | | | | 13,650.00 |
| 20 | Country Pines, Inc. 11013 Country Pines Road Shoals, IN, 47581 | Chad Haycox chad@countrypinesprinting.com | Suppliers or Vendors | | | | 6,790.11 |

**Fill in this information to identify the case:**

Debtor name _Auxiliary Operations Resource, Inc._

United States Bankruptcy Court for the: _Southern District of Indiana_

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**      $ 6.23

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Old National Bank (Checking Account) | Checking | 8  3  2  2 | $ 1,000.00 |
| 3.2. See continuation sheet | | | $ 97,537.84 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____      $_____
   4.2. _____      $_____

5. **Total of Part 1**      $ 98,544.07

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____      $_____
   7.2. _____      $_____

Debtor ___Auxiliary Operations Resource, Inc._____          Case number (if known)_____
          Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                             $_____

---

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

11. **Accounts receivable**

   11a. 90 days old or less:   _216,892.74_____ – _0.00_____ = ......➤   $ _216,892.74____
                               face amount          doubtful or uncollectible accounts

   11b. Over 90 days old:      _0.00_____ – _0.00_____ = ......➤   $ _0.00_____
                               face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 216,892.74

---

**Part 4:** Investments

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1._____   _____   $_____

   14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                    % of ownership:

   15.1._____   _____%   _____   $_____

   15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____   _____   $_____

   16.2._____   _____   $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.                          $_____

---

Debtor  Auxiliary Operations Resource, Inc.
_____
Name

Case number (if known)_____

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> WIP | ____ MM / DD / YYYY | $_____ | _____ | 858,365.00 <br> $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> Inventory | ____ MM / DD / YYYY | 10,515.15 <br> $_____ | _____ | 10,515.15 <br> $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 868,880.15

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor   Auxiliary Operations Resource, Inc.
_____
         Name

Case number (if known)_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Office Furniture | $ 29,575.00 | _____ | $ 29,575.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers | $ 39,440.00 | _____ | $ 39,440.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 69,015.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Auxiliary Operations Resource, Inc.
_____
Name

Case number (*if known*)_____

---

| **Part 8:** | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | | |
|---|---|---|---|
| | $ 232,253.00 | _____ | $ 232,253.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 232,253.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor    Auxiliary Operations Resource, Inc.
_____
        Name

Case number (if known)_____

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 909 Whitaker, Plainfield, Indiana | Debtor leasing property | $_____ | _____ | Unknown $_____ |
| 55.2 923 Whitaker, Plainfield, Indiana | Debtor currently leasing property | $_____ | _____ | Unknown $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $ 0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** www.aux-ops.com _____ | $_____ | _____ | Unknown $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

---

Debtor     Auxiliary Operations Resource, Inc.                          Case number (if known)_____
           Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

See continuation sheet         66,384.00    _    1.00                  = ➡   $ 66,383.00
                               Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____    $_____
_____     Tax year _____    $_____
_____     Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____                            $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                            $_____

Nature of claim          _____

Amount requested         $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                            $_____

Nature of claim          _____

Amount requested         $_____

76. **Trusts, equitable or future interests in property**

_____                            $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                            $_____
_____                            $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                 $ 66,383.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Auxiliary Operations Resource, Inc.
_____
Name

Case number (*if known*)_____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 98,544.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 216,892.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 868,880.15 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 69,015.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 232,253.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 66,383.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,551,967.96 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ...................................................  1,551,967.96    $ 1,551,967.96

| Debtor 1 | Auxiliary Operations Resource, Inc. | | Case number _(if known)_____ |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
| --- | --- | --- |
| Chase Bank (Operating Account)($-3,120.25) | Checking | 7063 |
| Balance: 0.00 | | |
| State Bank (Checking Account) (Secondary Operating)(Account Ending 5658) | Checking | 5658 |
| Balance: 97,537.84 | | |
| Chase Bank (Payroll Account) | Checking | 1818 |
| Balance: 0.00 | | |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
| --- | --- | --- | --- |
| Warehouse Fixtures | 80,300.00 | | 80,300.00 |
| Machinery | 118,151.00 | | 118,151.00 |
| Operations equipment | 33,802.00 | | 33,802.00 |

**71) Notes receivable**

| General description | Total face amount | Doubtful or uncollectible amount | Current value |
| --- | --- | --- | --- |
| Loan to James Oliver (Reconcilation underway and amounts unknown) | 1.00 | 1.00 | 0.00 |
| Loan to John Sicilliano | 42,833.00 | 0.00 | 42,833.00 |
| Loan to Andrew McKay | 23,550.00 | 0.00 | 23,550.00 |

| Asset Category | Asset SKU (if applicable) | Asset Description | Qty | Auction Value | Total Value |
|---|---|---|---|---|---|
| IT Equipment | | 16 Outlet PDU Power Distribution Unit 15A ( 12A UL) | 1 | $50.00 | $50.00 |
| IT Equipment | | 8-port Gigabit Network Switch | 1 | $15.00 | $15.00 |
| IT Equipment | | AMAZBOOST Cellphone Signal Booster | 2 | $25.00 | $50.00 |
| IT Equipment | | Apple 27" Monitor | 1 | $50.00 | $50.00 |
| IT Equipment | | Apple Keyboard w/Keypad | 9 | $10.00 | $90.00 |
| IT Equipment | | Apple Monitor | 1 | $100.00 | $100.00 |
| IT Equipment | | AT&T Hotspot | 3 | $5.00 | $15.00 |
| IT Equipment | | Badge printer | 1 | $150.00 | $150.00 |
| IT Equipment | | Bookshelf (5 shelf) | 1 | $50.00 | $50.00 |
| IT Equipment | | Canon ImageClass Printer | 1 | $150.00 | $150.00 |
| IT Equipment | | Charging station | 1 | $25.00 | $25.00 |
| IT Equipment | | CyberPower Server | 2 | $500.00 | $1,000.00 |
| IT Equipment | | DAHUA NVR 32CH | 4 | $400.00 | $1,600.00 |
| IT Equipment | | DataRemote WiFi Router | 1 | $50.00 | $50.00 |
| IT Equipment | | Dell Monitor | 1 | $50.00 | $50.00 |
| IT Equipment | | Dell OptiPlex 3020 Tower | 1 | $100.00 | $100.00 |
| IT Equipment | | Dell PC | 1 | $100.00 | $100.00 |
| IT Equipment | | DESKTOP-J85VJ7F | 1 | $100.00 | $100.00 |
| IT Equipment | | Dolby Atmos | 1 | $25.00 | $25.00 |
| IT Equipment | | Duracell Powersource 660 | 5 | $25.00 | $125.00 |
| IT Equipment | | EcoFlow Battery UPS | 5 | $25.00 | $125.00 |
| IT Equipment | | Galaxy Tab A9+ | 7 | $25.00 | $175.00 |
| IT Equipment | | Google Chromebook | 1 | $50.00 | $50.00 |
| IT Equipment | | HP Desktop | 6 | $100.00 | $600.00 |
| IT Equipment | | HP Envy Desktop Convertible | 3 | $150.00 | $450.00 |
| IT Equipment | | HP ENVY x360 Convertible | 15 | $150.00 | $2,250.00 |
| IT Equipment | | HP LaserJet | 1 | $100.00 | $100.00 |
| IT Equipment | | HP LaserJet M110ew | 5 | $50.00 | $250.00 |
| IT Equipment | | HP LaserJet M140WE | 2 | $50.00 | $100.00 |
| IT Equipment | | HP LaserJet M140we | 2 | $50.00 | $100.00 |
| IT Equipment | | HP LaserJet Pro M15w | 2 | $50.00 | $100.00 |
| IT Equipment | | HP LaserJet Pro M15w Wireless Monochrome Printer | 1 | $50.00 | $50.00 |
| IT Equipment | | HP Monitor | 20 | $50.00 | $1,000.00 |
| IT Equipment | | HP Monitor | 20 | $50.00 | $1,000.00 |
| IT Equipment | | HP Pagewide P57750dw (AOP-923-PRINT-03) | 1 | $100.00 | $100.00 |
| IT Equipment | | HP Pagewide printer | 7 | $100.00 | $700.00 |
| IT Equipment | | IdeaPad1 | 2 | $150.00 | $300.00 |
| IT Equipment | | iPhone 13 Pro Max | 1 | $50.00 | $50.00 |
| IT Equipment | | Kyocera ECOSYS M3550idn | 1 | $300.00 | $300.00 |
| IT Equipment | | Label Printer | 6 | $25.00 | $150.00 |
| IT Equipment | | Label Zebra Printer | 1 | $25.00 | $25.00 |
| IT Equipment | | LaserJet Pro Printer MFP | 1 | $50.00 | $50.00 |
| IT Equipment | | Lenovo TB-X606F (Lenovo TB-X606F) TAB | 36 | $15.00 | $540.00 |
| IT Equipment | | Lenovo ThinkPad Universal USB-C Dock Gen 2 | 1 | $25.00 | $25.00 |
| IT Equipment | | LG Smart TV 55" | 3 | $100.00 | $300.00 |
| IT Equipment | | Log Periodic Antenna | 1 | $5.00 | $5.00 |
| IT Equipment | | Mac AirPort Extreme | 1 | $5.00 | $5.00 |
| IT Equipment | | Curved Monitor | 3 | $400.00 | $1,200.00 |
| IT Equipment | | MAC Monitor | 1 | $50.00 | $50.00 |
| IT Equipment | | Macbook | 3 | $1,000.00 | $3,000.00 |
| IT Equipment | | Macbook Pro | 3 | $1,500.00 | $4,500.00 |
| IT Equipment | | Various Security Cameras | 90 | $15.00 | $1,350.00 |
| IT Equipment | | Microsoft - Desktop 850 Full-size Wireless Keyboard and Mouse Bundle - Black | 2 | $10.00 | $20.00 |
| IT Equipment | | Milwaukee Drill | 1 | $50.00 | $50.00 |
| IT Equipment | | Milwaukee Impact Drill | 1 | $50.00 | $50.00 |
| IT Equipment | | Monitor | 24 | $50.00 | $1,200.00 |
| IT Equipment | | Montior | 1 | $50.00 | $50.00 |
| IT Equipment | | NETGEAR Hotspot | 1 | $10.00 | $10.00 |
| IT Equipment | | Network cabinet | 1 | $50.00 | $50.00 |
| IT Equipment | | Printer | 1 | $100.00 | $100.00 |
| IT Equipment | | Printer (AOP-Print-04) HP Pagewide | 1 | $100.00 | $100.00 |
| IT Equipment | | Printer (AOP-Print-12) HP Pagewide | 1 | $100.00 | $100.00 |
| IT Equipment | | Production TV 100" | 1 | $2,000.00 | $2,000.00 |
| IT Equipment | | ProLiant MicroServer Gen10 | 1 | $100.00 | $100.00 |
| IT Equipment | | SAMCOM FPCN30A Two Way Radios Long Range | 14 | $10.00 | $140.00 |
| IT Equipment | | SAMCOM Walkie Talkie | 14 | $10.00 | $140.00 |
| IT Equipment | | Server box | 2 | $50.00 | $100.00 |
| IT Equipment | | Standing computer stand | 3 | $20.00 | $60.00 |
| IT Equipment | | surface | 1 | $250.00 | $250.00 |
| IT Equipment | | SURFACE Bluetooth Keyboard and Mouse | 3 | $50.00 | $150.00 |
| IT Equipment | | Surface Pro 7 | 18 | $250.00 | $4,500.00 |
| IT Equipment | | Symbol General Purpose Barcode Scanner | 6 | $10.00 | $60.00 |
| IT Equipment | | Symbol General Purpose Barcode ScannerSymbol General Purpose Barcode Scanner | 2 | $10.00 | $20.00 |
| IT Equipment | | Tablet charging box | 1 | $25.00 | $25.00 |
| IT Equipment | | Tablet Lenovo M10 Plus | 6 | $50.00 | $300.00 |
| IT Equipment | | ThinkPad E15 Gen 4 | 1 | $150.00 | $150.00 |
| IT Equipment | | ThinkPad E15 Gen 4 (15,Äù Intel) Laptop | 1 | $150.00 | $150.00 |
| IT Equipment | | Time Clock | 3 | $10.00 | $30.00 |
| IT Equipment | | TV | 4 | $100.00 | $400.00 |
| IT Equipment | | Wagner FURNO 300 Heat Gun | 10 | $10.00 | $100.00 |

| | | | | |
|---|---|---|---|---|
| IT Equipment | Walkie Talkie Charging Station | 2 | $10.00 | $20.00 |
| IT Equipment | Wi-Fi Hotspot | 1 | $5.00 | $5.00 |
| IT Equipment | WoneNice USB Laser Barcode Scanner | 2 | $5.00 | $10.00 |
| IT Equipment | Work telephone | 2 | $5.00 | $10.00 |
| IT Equipment | Zebra (Extended Range) Ultra-Rugged Handheld Corded | 14 | $150.00 | $2,100.00 |
| IT Equipment | Zebra (Extended Range) Ultra-Rugged Handheld Corded Charging Station | 1 | $25.00 | $25.00 |
| IT Equipment | Zebra Corded ER Scanner | 1 | $5.00 | $5.00 |
| IT Equipment | Zebra DS3608 Scanner | 1 | $5.00 | $5.00 |
| IT Equipment | Zebra ER Scanner | 3 | $150.00 | $450.00 |
| IT Equipment | Zebra label printer | 7 | $500.00 | $3,500.00 |
| IT Equipment | ZTE MF279 Wireless Hotspot AT&T | 1 | $10.00 | $10.00 |
| Janitorial Supplies | Misc Janitorial Supplies and Goods | 1 | $100.00 | $100.00 |
| Machinery | 3M Tape Machine | 6 | $700.00 | $4,200.00 |
| Machinery | 50ft Conveyor | 2 | $800.00 | $1,600.00 |
| Machinery | Air compressor | 3 | $600.00 | $1,800.00 |
| Machinery | Automated conveyor | 7 | $400.00 | $2,800.00 |
| Machinery | Baler | 2 | $2,500.00 | $5,000.00 |
| Machinery | Central tape machine | 1 | $700.00 | $700.00 |
| Machinery | Floor fan | 2 | $25.00 | $50.00 |
| Machinery | Glue machine | 3 | $2,000.00 | $6,000.00 |
| Machinery | Heat sealer (broken - only used for parts) (Model: A26A) (Serial: A0114) | 1 | $300.00 | $300.00 |
| Machinery | Heat Sealer (Broken) (Model: A27A) (Serial: A98170) | 1 | $300.00 | $300.00 |
| Machinery | Heat sealer (can't see model plate) | 1 | $4,000.00 | $4,000.00 |
| Machinery | Heat Sealer (Model: A26A) (Serial: A9989) | 1 | $3,000.00 | $3,000.00 |
| Machinery | Imprinting machine | 4 | $800.00 | $3,200.00 |
| Machinery | Lantech stretch wrapper (Model: Q300) (Serial: QM0057007) | 1 | $8,000.00 | $8,000.00 |
| Machinery | Lantech Stretch Wrapper (Model: Q300) (Serial: QM034333) | 1 | $8,000.00 | $8,000.00 |
| Machinery | Lantech Stretch Wrapper (Model: Q300) (Serial: QM035681) | 1 | $8,000.00 | $8,000.00 |
| Machinery | Lantech stretch wrapper (Model: Q300XT) (Serial: QX051695) | 1 | $9,000.00 | $9,000.00 |
| Machinery | Lantech Stretch Wrapper (No Model or Serial #) | 1 | $8,000.00 | $8,000.00 |
| Machinery | Lantech Stretch Wrapper (No model or serial) | 1 | $8,000.00 | $8,000.00 |
| Machinery | Metal conveyor (10ft) | 16 | $100.00 | $1,600.00 |
| Machinery | Metal conveyor (15ft) | 1 | $100.00 | $100.00 |
| Machinery | Metal conveyor (8ft) | 2 | $100.00 | $200.00 |
| Machinery | Motorized flex conveyor | 1 | $800.00 | $800.00 |
| Machinery | Orion Stretch Wrapper (No model or serial) | 1 | $1.00 | $1.00 |
| Machinery | Quincy Air Compressor | 1 | $150.00 | $150.00 |
| Machinery | Robot S7 Stretch Wrapper | 1 | $8,000.00 | $8,000.00 |
| Machinery | Saw | 1 | $50.00 | $50.00 |
| Machinery | Shrink Tunnel (Broken) (Model: T-62) (Serial: T-0218)) | 1 | $700.00 | $700.00 |
| Machinery | Shrink tunnel (Can't see model) | 1 | $1,500.00 | $1,500.00 |
| Machinery | Shrink tunnel (Model: T-62) (Serial: T-02205) | 1 | $1,500.00 | $1,500.00 |
| Machinery | Shrink Tunnel (Model: T-62) (Serial: T-95266) | 1 | $1,500.00 | $1,500.00 |
| Machinery | Shrink tunnel (Model: T-62) (Serial: T99435) | 1 | $1,500.00 | $1,500.00 |
| Machinery | Shrink tunnel (Model: T-71) (Serial: T-01243) | 1 | $1,500.00 | $1,500.00 |
| Machinery | Shrink Tunnel (Model: T-72) (Serial: T-98129) | 1 | $1,500.00 | $1,500.00 |
| Machinery | Shrink tunnel (Model: T-72) (Serial: T-99423) | 1 | $1,500.00 | $1,500.00 |
| Machinery | Staple gun | 19 | $300.00 | $5,700.00 |
| Machinery | Vacuum Sealer | 2 | $200.00 | $400.00 |
| Machinery | Wrapper (Model: F-1) (Serial: F00166) | 1 | $4,000.00 | $4,000.00 |
| Machinery | Wrapper (Model: TR1) (Serial: TR0217) | 1 | $4,000.00 | $4,000.00 |
| Misc. Office | 2 door fridge | 3 | $500.00 | $1,500.00 |
| Misc. Office | 5 shelf storage rack | 1 | $25.00 | $25.00 |
| Misc. Office | File rack | 5 | $1.00 | $5.00 |
| Misc. Office | File tray | 6 | $1.00 | $6.00 |
| Misc. Office | Filing rack | 5 | $1.00 | $5.00 |
| Misc. Office | Filing trays | 3 | $1.00 | $3.00 |
| Misc. Office | Fridge | 8 | $100.00 | $800.00 |
| Misc. Office | HR Table | 3 | $25.00 | $75.00 |
| Misc. Office | Ice machine | 3 | $50.00 | $150.00 |
| Misc. Office | Kuerig | 2 | $25.00 | $50.00 |
| Misc. Office | Lock box | 2 | $120.00 | $240.00 |
| Misc. Office | Lockers (9 lockers) | 4 | $50.00 | $200.00 |
| Misc. Office | Microwaves | 44 | $20.00 | $880.00 |
| Misc. Office | Receving cart | 14 | $30.00 | $420.00 |
| Misc. Office | Skinny 2 level push cart | 2 | $25.00 | $50.00 |
| Misc. Office | Storage cubby's | 1 | $20.00 | $20.00 |
| Misc. Office | Storage rack | 5 | $50.00 | $250.00 |
| Misc. Office | Storage table | 1 | $25.00 | $25.00 |
| Misc. Office | Tablet charging station | 2 | $25.00 | $50.00 |
| Misc. Office | Toaster | 1 | $10.00 | $10.00 |
| Misc. Office | Toaster Oven | 1 | $10.00 | $10.00 |
| Office Furniture | 2 drawer file cabinet | 3 | $50.00 | $150.00 |
| Office Furniture | 4 drawer file cabinet | 1 | $50.00 | $50.00 |
| Office Furniture | Bookshelf (3 shelf) | 1 | $50.00 | $50.00 |
| Office Furniture | Bookshelf (4 shelf) | 2 | $50.00 | $100.00 |
| Office Furniture | Break chair | 278 | $15.00 | $4,170.00 |
| Office Furniture | Break table | 42 | $50.00 | $2,100.00 |
| Office Furniture | Canon printer | 1 | $50.00 | $50.00 |
| Office Furniture | Coat rack | 4 | $10.00 | $40.00 |
| Office Furniture | Coffee table | 8 | $10.00 | $80.00 |

| | | | | |
|---|---|---|---|---|
| Office Furniture | Computer stand | 1 | $10.00 | $10.00 |
| Office Furniture | Conference Table | 2 | $300.00 | $600.00 |
| Office Furniture | Couch | 3 | $75.00 | $225.00 |
| Office Furniture | Credenza | 5 | $300.00 | $1,500.00 |
| Office Furniture | Cubical | 2 | $100.00 | $200.00 |
| Office Furniture | Desk | 21 | $500.00 | $10,500.00 |
| Office Furniture | Desk chair | 32 | $50.00 | $1,600.00 |
| Office Furniture | Elongated File Cabinet (4 drawer) | 4 | $100.00 | $400.00 |
| Office Furniture | File cabinet (2 drawer) | 1 | $50.00 | $50.00 |
| Office Furniture | File cabinet (3 drawer) | 2 | $50.00 | $100.00 |
| Office Furniture | File Cabinet (4 drawer) | 5 | $50.00 | $250.00 |
| Office Furniture | File table | 1 | $25.00 | $25.00 |
| Office Furniture | Filing cabinet (2 drawer) | 2 | $50.00 | $100.00 |
| Office Furniture | Filing cabinet (4 drawer) | 3 | $50.00 | $150.00 |
| Office Furniture | Filing cabinet (4-drawer) | 1 | $50.00 | $50.00 |
| Office Furniture | Filing cart | 1 | $25.00 | $25.00 |
| Office Furniture | Filing shelf (3 shelf) | 2 | $50.00 | $100.00 |
| Office Furniture | Filing stand | 1 | $50.00 | $50.00 |
| Office Furniture | Filing stand (2 shelf) | 2 | $50.00 | $100.00 |
| Office Furniture | Filing table (2 shelf) | 2 | $25.00 | $50.00 |
| Office Furniture | HP Laptop | 5 | $100.00 | $500.00 |
| Office Furniture | HP Printer | 3 | $50.00 | $150.00 |
| Office Furniture | Hutch | 1 | $200.00 | $200.00 |
| Office Furniture | Kyocera Printer | 1 | $100.00 | $100.00 |
| Office Furniture | Lamp | 1 | $10.00 | $10.00 |
| Office Furniture | Laptop stand | 1 | $10.00 | $10.00 |
| Office Furniture | Love seat | 1 | $25.00 | $25.00 |
| Office Furniture | Meeting stand | 1 | $10.00 | $10.00 |
| Office Furniture | Meeting Table | 2 | $50.00 | $100.00 |
| Office Furniture | Metal rack | 1 | $25.00 | $25.00 |
| Office Furniture | Misc Stand | 1 | $10.00 | $10.00 |
| Office Furniture | Monitor stand | 3 | $10.00 | $30.00 |
| Office Furniture | Nesting table | 2 | $10.00 | $20.00 |
| Office Furniture | Office chair | 46 | $20.00 | $920.00 |
| Office Furniture | Paper shredder | 4 | $100.00 | $400.00 |
| Office Furniture | Plastic lateral storage bin | 1 | $10.00 | $10.00 |
| Office Furniture | Portable white board | 1 | $50.00 | $50.00 |
| Office Furniture | Rectangle table | 7 | $25.00 | $175.00 |
| Office Furniture | Return | 14 | $200.00 | $2,800.00 |
| Office Furniture | Round table | 3 | $50.00 | $150.00 |
| Office Furniture | Server rack | 1 | $50.00 | $50.00 |
| Office Furniture | Shelf (2 shelves) | 1 | $50.00 | $50.00 |
| Office Furniture | Stand (3 shelf) | 1 | $25.00 | $25.00 |
| Office Furniture | Standing desk | 1 | $50.00 | $50.00 |
| Office Furniture | Storage Cabinet | 10 | $25.00 | $250.00 |
| Office Furniture | Waiting chair | 9 | $20.00 | $180.00 |
| Office Furniture | White board | 8 | $50.00 | $400.00 |
| Office Supplies | Misc Office Supplies | 1 | $100.00 | $100.00 |
| Operations Equipment | 2 layer skinny push cart | 5 | $25.00 | $125.00 |
| Operations Equipment | 2 Section flow rack (4 sections outside 909N) | 6 | $150.00 | $900.00 |
| Operations Equipment | 2 sided cubby cart | 2 | $50.00 | $100.00 |
| Operations Equipment | Book cart (3 shelf) | 21 | $500.00 | $10,500.00 |
| Operations Equipment | Box rack | 2 | $25.00 | $50.00 |
| Operations Equipment | Cage storage cart | 2 | $50.00 | $100.00 |
| Operations Equipment | Cord reel | 17 | $10.00 | $170.00 |
| Operations Equipment | Floor rollers | 3 | $50.00 | $150.00 |
| Operations Equipment | Floor scale | 2 | $500.00 | $1,000.00 |
| Operations Equipment | Griddle | 2 | $10.00 | $20.00 |
| Operations Equipment | Ladder | 1 | $10.00 | $10.00 |
| Operations Equipment | Large metal push cart | 4 | $20.00 | $80.00 |
| Operations Equipment | Large plastic push cart | 2 | $10.00 | $20.00 |
| Operations Equipment | Large receiving tub | 25 | $5.00 | $125.00 |
| Operations Equipment | LaserJet Printer | 1 | $250.00 | $250.00 |
| Operations Equipment | Metal push cart | 2 | $20.00 | $40.00 |
| Operations Equipment | Metal push cart (2 shelf flat cart) | 2 | $20.00 | $40.00 |
| Operations Equipment | Metal rollers | 3 | $5.00 | $15.00 |
| Operations Equipment | Metal table | 2 | $10.00 | $20.00 |
| Operations Equipment | Pallet Jacks | 36 | $50.00 | $1,800.00 |
| Operations Equipment | Pallet lift tables | 1 | $50.00 | $50.00 |
| Operations Equipment | Pencil Sharpener | 1 | $1.00 | $1.00 |
| Operations Equipment | Plastic push cart | 3 | $25.00 | $75.00 |
| Operations Equipment | Plastic push cart (2 tray skinny) | 2 | $25.00 | $50.00 |
| Operations Equipment | Plastic push cart (2 tray wide) | 2 | $25.00 | $50.00 |
| Operations Equipment | Portable 3 shelf book cart | 3 | $500.00 | $1,500.00 |
| Operations Equipment | Portable dock plates | 4 | $200.00 | $800.00 |
| Operations Equipment | Production table | 115 | $50.00 | $5,750.00 |
| Operations Equipment | Production table with wheel conveyor | 6 | $75.00 | $450.00 |
| Operations Equipment | Production Tables | 34 | $50.00 | $1,700.00 |
| Operations Equipment | Project table | 2 | $50.00 | $100.00 |
| Operations Equipment | Receiving cone | 201 | $1.00 | $201.00 |
| Operations Equipment | Receiving tub | 21 | $5.00 | $105.00 |

| | | | | | |
|---|---|---|---|---|---|
| Operations Equipment | | Roller table | 23 | $50.00 | $1,150.00 |
| Operations Equipment | | Scale | 5 | $50.00 | $250.00 |
| Operations Equipment | | Skinny plastic push cart | 2 | $20.00 | $40.00 |
| Operations Equipment | | Skinny production table | 3 | $75.00 | $225.00 |
| Operations Equipment | | Special tape machine | 5 | $500.00 | $2,500.00 |
| Operations Equipment | | Square production table | 1 | $25.00 | $25.00 |
| Operations Equipment | | Square table | 1 | $25.00 | $25.00 |
| Operations Equipment | | Standing ladder | 1 | $50.00 | $50.00 |
| Operations Equipment | | Storage cart | 1 | $25.00 | $25.00 |
| Operations Equipment | | Tall production table | 1 | $50.00 | $50.00 |
| Operations Equipment | | Tool cart | 3 | $450.00 | $1,350.00 |
| Operations Equipment | | Welding curtain | 2 | $20.00 | $40.00 |
| Operations Equipment | | Wheel conveyor | 11 | $50.00 | $550.00 |
| Operations Equipment | | Wood roller table | 15 | $75.00 | $1,125.00 |
| Operations Equipment | | Wooden table | 1 | $50.00 | $50.00 |
| Raw Materials | 16 X 25 Shrink Bands | 16 X 25 Shrink Bands | 6250 | $0.25 | $1,562.50 |
| Raw Materials | 18 X 16 Shrink Bands | 18 X 16 Shrink Bands | 3400 | $0.25 | $850.00 |
| Raw Materials | 18 X 24 Shrink Bands | 18 X 24 Shrink Bands | 187 | $0.25 | $46.75 |
| Raw Materials | 24 X 18 Shrink Bands | 24 X 18 Shrink Bands | 1593 | $0.25 | $398.25 |
| Raw Materials | 24" X 18 ' Shrinks Bands | 24" X 18 ' Shrinks Bands | 8000 | $0.25 | $2,000.00 |
| Raw Materials | 24" X 18" Shrink Bands | 24" X 18" Shrink Bands | 14200 | $0.25 | $3,550.00 |
| Raw Materials | 48X40 PALLET | 48X40 PALLET | 15 | $4.00 | $60.00 |
| Raw Materials | SHRINK FILM | Various sizes | 17 | $50.00 | $850.00 |
| Raw Materials | FILLER PADS | Various sizes | 16853 | $0.05 | $842.65 |
| Raw Materials | Labels | Various Sizes | 1 | $250.00 | $250.00 |
| Raw Materials | | Misc Corrugated Boxes | 1 | $100.00 | $100.00 |
| Warehouse Fixtures | | ErgoStrap725E (Serial: 1216DT47/4999-38 | 3 | $15,000.00 | $45,000.00 |
| Warehouse Fixtures | | Extendable roller | 2 | $100.00 | $200.00 |
| Warehouse Fixtures | | Horizontal beam (Orange) | 405 | $30.00 | $12,150.00 |
| Warehouse Fixtures | | Maintenance cart | 1 | $50.00 | $50.00 |
| Warehouse Fixtures | | Metal Grate | 584 | $15.00 | $8,760.00 |
| Warehouse Fixtures | | Portable metal storage rack | 1 | $50.00 | $50.00 |
| Warehouse Fixtures | | Retractable outlets | 31 | $10.00 | $310.00 |
| Warehouse Fixtures | | Upright beam | 106 | $130.00 | $13,780.00 |

**Fill in this information to identify the case:**

Debtor name ___Auxiliary Operations Resource, Inc.___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Indiana Department of Revenue | **Describe debtor's property that is subject to a lien** | $ 327,568.26 | $ 0.00 |

**Creditor's mailing address**

Bankruptcy Section

100 N. Senate Avenue, MS 108, Indianapo

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Creditor's name**<br>Internal Revenue Service | **Describe debtor's property that is subject to a lien**<br>All assets | $142,336.15 | $0.00 |

**Creditor's mailing address**

P.O. Box 7346

Philadelphia, PA 19101

**Creditor's email address, if known**

_____

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $ 2,104,325.48

Debtor    Auxiliary Operations Resource, Inc.
          Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

### 2.3

**Creditor's name**
Internal Revenue Service

**Creditor's mailing address**
P.O. Box 7346
Philadelphia, PA 19101

**Creditor's email address, if known**
_____

**Date debt was incurred**    _____
**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All assets

$17,554.54    $0.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.4

**Creditor's name**
Internal Revenue Service

**Creditor's mailing address**
P.O. Box 7346
Philadelphia, PA 19101

**Creditor's email address, if known**
_____

**Date debt was incurred**    _____
**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All assets

$1,466,866.53    $0.00

**Describe the lien**
Statutory, all assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Auxiliary Operations Resource, Inc.
                Name

Case number *(if known)* _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**
U.S. Small Business Administration
_____

**Creditor's mailing address**

2 North 20th Street
_____
Suite 320, Birmingham, AL 35203
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets

$150,000.00        $0.00

**Describe the lien**
UCC lien - 202006052631370

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** **Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____        $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Auxiliary Operations Resource, Inc.
_____
          Name

Case number (*if known*)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Auxiliary Operations Resource, Inc.

United States Bankruptcy Court for the:   Southern District of Indiana

Case number
(if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
| --- | --- | --- | --- |
| Indiana Dept. of Workforce Development<br>10 N. Senate Avenue<br>Room SE106<br>Indianapolis, IN 46204-2277 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Unknown | $ |

Date or dates debt was incurred
2021-2024

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
| --- | --- | --- | --- |
| | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
| --- | --- | --- | --- |
| | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor  Auxiliary Operations Resource, Inc.                                    Case number (if known) _____
        Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**  **Nonpriority creditor's name and mailing address**
Anthem Blue Cross Blue Shield
P.O. Box 61010
Virginia Beach, VA 23466

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

$ 33,571.30

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**  **Nonpriority creditor's name and mailing address**
Associated
7954 Solution Center
Chicago, IL 60677

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 95,407.09

Date or dates debt was incurred  _____
Last 4 digits of account number  0555

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**  **Nonpriority creditor's name and mailing address**
AT&T Wireless
P.O. box 6463
Chicago, IL 60197-6463

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Cellular services

$ 5,530.96

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**  **Nonpriority creditor's name and mailing address**
Auto Owners Insurance
P.O. Box 30512
Lansing, MI 48909

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

$ 16,244.67

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**  **Nonpriority creditor's name and mailing address**
BCI Cra-Wal Division
P.O. Box 74007168
Chicago, IL 60674-7168

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 17,568.44

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**  **Nonpriority creditor's name and mailing address**
Center Point Energy
P.O. Box 1423
Houston, TX 77251

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Services

$ 6,338.65

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Auxiliary Operations Resource, Inc.** _____  Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**7   **Nonpriority creditor's name and mailing address**

Concentric
P.O. Box 953262
Saint Louis, MO 63195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 2,191.27

---

**3.**8   **Nonpriority creditor's name and mailing address**

Country Pines, Inc.
11013 Country Pines Road
Shoals, IN 47581

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 6,790.11

---

**3.**9   **Nonpriority creditor's name and mailing address**

CPUS Metro Air Plainfield, LP
200 Park Avenue, 20th Floor
New York, NY 10166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Leased property (776 Columbia Dr., Plainfield, IN)

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 225,061.95

---

**3.**10   **Nonpriority creditor's name and mailing address**

EMP Technical Group
17450 Tiller Court
Westfield, IN 46074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 6,463.00

---

**3.**11   **Nonpriority creditor's name and mailing address**

Everon
P.O. Box 872987
Kansas City, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  4440

$ 33,296.76

---

Debtor  Auxiliary Operations Resource, Inc.                                    Case number (if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.12** Nonpriority creditor's name and mailing address

Exeter 558 Airtech, LLC
Five Radnor Corporate Center
100 Matsonford Road, Suite 250
Wayne, PA 19087

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,686,925.28

Basis for the claim:

Date or dates debt was incurred  02/01/2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.13** Nonpriority creditor's name and mailing address

FlexPac
P.O. Box 62300
Indianapolis, IN 46262

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,928.42

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.14** Nonpriority creditor's name and mailing address

Hendricks Power Cooperative
P.O. Box 309
Danville, IN 46122

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,032.40

Basis for the claim:  Utility Services

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.15** Nonpriority creditor's name and mailing address

Impact Networking Indiana
P.O. Box 87545
Carol Stream, IL 60188

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,310.65

Basis for the claim:  Services

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.16** Nonpriority creditor's name and mailing address

James Oliver
9070 Woodacre Blvd. South Drive
Indianapolis, IN 46234

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim:  Loan (Reconciliation underway and amounts unknown at time of filing)

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor    Auxiliary Operations Resource, Inc.
_____
          Name

Case number (if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

Job and Talent - LGS Staffing
7820 Roswell Road
Atlanta, GA 30350

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 30,117.98

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.18** **Nonpriority creditor's name and mailing address**

Johnson-Melloh
5925 Stockberger Place
Indianapolis, IN 46241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 14,729.91

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.19** **Nonpriority creditor's name and mailing address**

Labor Solutions
10275 W. Higgins Rd., Suite 725
Des Plaines, IL 60018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,091,115.06

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 3213

---

**3.20** **Nonpriority creditor's name and mailing address**

Lewis Kappes
One American Square, Suite 2500
Indianapolis, IN 46282

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,463.05

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.21** **Nonpriority creditor's name and mailing address**

Merchants Warehousing Services, Inc.
319 Glen Street
Crawfordsville, IN 47933

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Leased property (510 Sheridan Ave.,Crawfordsville, IN)

$ 82,876.15

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor   Auxiliary Operations Resource, Inc.
         Name                                                          Case number *(if known)*_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.22**  **Nonpriority creditor's name and mailing address**

OPS - Optimum Personnel Services
6565 Beach Blvd.
Jacksonville, FL 32216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 24,923.46

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**  **Nonpriority creditor's name and mailing address**

Penske Truck Leasing
P.O. Box 802577
Chicago, IL 60680-2577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 95,152.67

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 0500

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**  **Nonpriority creditor's name and mailing address**

Pioneer Packaging
1617 N. Meridian Street
Portland, IN 47371

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,957.16

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25**  **Nonpriority creditor's name and mailing address**

Priority Press
4026 W. 10th Street
Indianapolis, IN 46222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 13,650.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26**  **Nonpriority creditor's name and mailing address**

SmithCorona
P.O. Box 392337
Cleveland, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,944.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Auxiliary Operations Resource, Inc.
_____
Name

Case number (if known)_____

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.27** Nonpriority creditor's name and mailing address

Summit
610 Enterprize Drive
Oak Brook, IL 60523

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 446,946.29

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.28** Nonpriority creditor's name and mailing address

Supreme X
7915 East 30th Street
Indianapolis, IN 46219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 32,638.57

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.29** Nonpriority creditor's name and mailing address

TEN Leasing / Star Leasing
6767 Longshore St., suite 200
Dublin, OH 43017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,839.78

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.30** Nonpriority creditor's name and mailing address

The JM Companies LLC d/b/a Horizon America
606 E. Landis Avenue
Vineland, NJ 08360

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 728,330.65

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.31** Nonpriority creditor's name and mailing address

Uline
P.O. Box 88741
Chicago, IL 60680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    5831

---

Debtor     Auxiliary Operations Resource, Inc.
           Name

Case number (if known)_____

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 32  Nonpriority creditor's name and mailing address

Welch Packaging Group
P.O. Box 856421
Minneapolis, MN 55485

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57,946.11

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.____**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 8 of 10

Debtor ____Auxiliary Operations Resource, Inc._____   Case number (if known)_____
            Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | CBRE<br>8888 Keystone Crossing, Suite 100<br>Indianapolis, IN, 46240 | Line 3.9<br>☐ Not listed. Explain: | _____ |
| 4.2. | Christina Laun Fugate<br>Ice Miller LLP<br>One American Square, Suite 2900<br>Indianapolis, IN, 46282 | Line 3.9<br>☐ Not listed. Explain | _____ |
| 4.3. | Corporation Service Company, as Representative<br>P.O. Box 2576<br>Springfield, IL, 62708 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.4. | Horizon America Staffing<br>P.O. Box 87545<br>Schamburg, IL, 60168 | Line 3.30<br>☐ Not listed. Explain | _____ |
| 41. | James D. Bryan<br>Landman Beatty Lawyers<br>9100 Keyston Crossing, Suite 870<br>Indianapolis, IN, 46240 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.5. | Reynold T. Berry<br>Rubin & Levin PC<br>135 N. Pennsylvania Street, Suite 1400<br>Indianapolis, IN, 46204 | Line 3.30<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor ___Auxiliary Operations Resource, Inc.___                    Case number (if known)_____
     Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 4,794,292.62 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,794,292.62 |

**Fill in this information to identify the case:**

Debtor name __Auxiliary Operations Resource, Inc.__

United States Bankruptcy Court for the: __Southern District of Indiana__

Case number (If known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: Equipment<br><br>State the term remaining<br>List the contract number of any government contract | Associated Integrated Supply Chain Solutions<br>5905 Decatur Blvd.<br>Indianapolis, IN, 46241 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: Semis / Box Truck / Sprinter Van<br><br>State the term remaining<br>List the contract number of any government contract | Penske Truck Leasing Co., LP<br>P.O. Box 563<br>Reading, PA, 19603-0563 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: Lease of equipment<br><br>State the term remaining<br>List the contract number of any government contract | Star Leasing Company d/b/a Transportation Equipment Network<br>6767 Longshore Street, Suite 200<br>Dublin, OH, 43017 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: Forklifts / Material Handling Equipment<br><br>State the term remaining<br>List the contract number of any government contract | Associated Material Handling Industries, Inc.<br>133 N. Swift Road<br>Addison, IL, 60101 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest: 923 Whitaker Road, Suite A-D, Plainfield, IN<br><br>State the term remaining<br>List the contract number of any government contract | TGA North Plainfield, LLC<br>Cushman & Wakefield<br>One American Square, Suite 1400<br>Indianapolis, IN, 46282 |

Debtor  Auxiliary Operations Resource, Inc.
_____
Name

Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | HVAC maintenance agreement | Johnson-Melloh<br>5925 Stockberger Place<br>Indianapolis, IN, 46241 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 909 Whitaker Road, Suite C-D, Plainfield, IN | Western A Midwest In, LLC<br>c/o GLP US Management LLC<br>Two North Riverside Plaza, Suite 2350<br>Atlanta, GA, 30342 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Insurance | Anthem Blue Cross Blue Shield<br>P.O. Box 61010<br>Virginia Beach, VA, 23466 |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Insurance | Principal Life Insurance<br>P.O. Box 77202<br>Minneapolis, MN, 55480-7200 |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Insurance | Auto Owners Insurance<br>P.O. Box 30512<br>Lansing, MI, 48909 |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Staffing | Labor Solutions<br>10275 W. Higgins Rd., Suite 725<br>Des Plaines, IL, 60018 |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Printer Maintenance | EMP Technical Group<br>17450 Tiller Court<br>Westfield, IN, 46074 |

**Fill in this information to identify the case:**

Debtor name ___Auxiliary Operations Resource, Inc.___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 James Oliver | 9070 Woodacre Blvd. South Drive<br>Indianapolis, IN 46234 | U.S. Small Business Adm | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Andrew McKay | 7137 Martock Dr.<br>Plainfield, IN 46168 | Internal Revenue Service | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Andrew McKay | 7137 Martock Dr.<br>Plainfield, IN 46168 | Indiana Department of Re | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 James Oliver | 9070 Woodacre Blvd. South Drive<br>Indianapolis, IN 46234 | Internal Revenue Service | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Andrew McKay | 7137 Martock Dr.<br>Plainfield, IN 46168 | Internal Revenue Service | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 James Oliver | 9070 Woodacre Blvd. South Drive<br>Indianapolis, IN 46234 | Internal Revenue Service | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Auxiliary Operations Resource, Inc.                                      Case number *(if known)*_____
_____
          Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2._7_ James Oliver | 9070 Woodacre Blvd. South Drive Indianapolis, IN 46234 | Internal Revenue Service | ☑ D ☐ E/F ☐ G |
| 2._8_ Andrew McKay | 7137 Martock Dr. Plainfield, IN 46168 | Internal Revenue Service | ☑ D ☐ E/F ☐ G |
| 2._9_ James Oliver | 9070 Woodacre Blvd. South Drive Indianapolis, IN 46234 | Indiana Department of Revenue | ☑ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name ___Auxiliary Operations Resource, Inc.___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to Filing date | ☑ Operating a business<br>☐ Other | $ 3,505,265.93 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 10,086,512.00 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 18,016,083.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor   Auxiliary Operations Resource, Inc.
_____
Name

Case number (if known)_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Hendricks Power Cooperative<br>Creditor's name<br>P.O. Box 309<br>Danville, IN 46122 | 4/2/2025<br>5/14/2025<br>5/21/2025<br>06/20/2025 | $ 21,817.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _Utility Services_ |
| 3.2. | Internal Revenue Service<br>Creditor's name<br>P.O. Box 7346<br>Philadelphia, PA 19101 | 05/28/2025 | $ 32,623.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Andrew McKay<br>Insider's name<br>7137 Martock Dr.<br>Plainfield, IN 46168<br><br>Relationship to debtor | _____ | $ 10,312.76 | Reimbursement of expenses and loan repayments between 6/2024 and 6/20/2025 |
| 4.2. | James Oliver<br>Insider's name<br>9070 Woodacre Blvd. South Drive<br>Indianapolis, IN 46234<br><br>Relationship to debtor | _____ | $ 77,465.10 | Reimbursement of expenses and loan repayments between 6/2024 and 6/20/2025 |

Debtor   Auxiliary Operations Resource, Inc.
_____     Case number (if known)_____
Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. See Attached SOFA Part 2, Question 5 | | _____ | $ Unknown |
| Creditor's name | | | |
| 5.2. _____ | | _____ | $_____ |
| Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. The JM Companies LLC dba Horizon America v. Auxiliary Operations Resources Inc. | | Marion County Circuit Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>49C01-2503-CC-14632 | | 200 E. Washington Street<br>Indianapolis, IN 46204 | |
| 7.2. **Case title**<br>Exeter 558 Airtech LLC v. Auxiliary Operations Resource, Inc. | | **Court or agency's name and address**<br>Hendricks County Superior Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>32D03-2404-EV-00399 | Breach of Lease | 355 S. Washington Street<br>Danville, IN 46122 | |

---

Debtor    Auxiliary Operations Resource, Inc.
_____
Name                                                                Case number (if known)_____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** _____ | **Court name and address** _____ Name |
| | **Case number** _____ | |
| | **Date of order or assignment** _____ | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** _____ | | | |
| 9.2. | _____ Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** _____ | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

Debtor    Auxiliary Operations Resource, Inc.    Case number *(if known)*_____
_____
Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Hester Baker Krebs LLC | | | $ 60,000.00 |
| | **Address** | | | |
| | One Indiana Square, Suite 1330 Indianapolis, IN 46204 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor    Auxiliary Operations Resource, Inc.
_____     Case number *(if known)*_____
           Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 510 Sheridan Ave<br>Crawfordsville, IN 47923 | From | 11/2018 | To | 06/2025 |
| 14.2. | 776 Columbia Drive<br>Plainfield, IN 46168 | From | 12/2021 | To | 03/2025 |

Debtor   Auxiliary Operations Resource, Inc.                                        Case number *(if known)*_____
         Name

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Auxiliary Operations Resource, Inc.
_____
Name

Case number *(if known)*_____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

---

Debtor    Auxiliary Operations Resource, Inc.
_____
          Name

Case number (if known)_____

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Customer Inventory and associated items<br>_____<br>Name | Debtor warehouse | Contains long-term storage, current stock release items and transient inventory being utilized for current live rotation of projects (Value fluctuates due to movement of product in and out) | $ Unknown |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br><br>Case number<br>_____ | _____<br>Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    Auxiliary Operations Resource, Inc.                            Case number (*if known*)_____
        Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____ To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____ To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____ To _____ |

---

| Debtor | Auxiliary Operations Resource, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Best Consulting<br>Name<br>14528 Westgreen Dr., Huntersville, NC 28078 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. NJS Advisors<br>Name<br>1917 Crown Plaza Blvd., Plainfield, IN 46168 | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Best Consulting<br>Name<br>14528 Westgreen Drive, Huntersville, NC 28078 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. NJS Advisors<br>Name<br>1917 Crown Plaza Blvd., Plainfield, IN 46168 | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Best Consulting<br>Name<br>14528 Westgreen Drive, Huntersville, NC 28078 | |

---

Debtor   Auxiliary Operations Resource, Inc.
_____
Name

Case number *(if known)*_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. Crown Lift Truck
_____
Name
2495 E. Perry Rd., Plainfield, IN 46168

| Name and address |
|---|

26d.2. Fifth Third Commercial Bank
_____
Name
3800 W. Dublin-Granville Rd., Dublin, OH 43017

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

Debtor   Auxiliary Operations Resource, Inc.
_____   Case number (if known)_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.   _____
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Oliver | 9070 Woodacre Blvd., Indianapolis, IN 46234 | President | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Andrew McKay | 99,914.60 | _____ | Payments between 6/28/2025 and 6/25/2025 for payroll |
| Name | | | |
| 7137 Martock Dr. Plainfield, IN 46168 | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    Auxiliary Operations Resource, Inc.
         Name

Case number *(if known)*_____

| | Name and address of recipient | 24,679.25 | _____ | Payments between 1/2025 and 6/2025 for payroll |
|---|---|---|---|---|
| 30.2 | Crystal McKay | | _____ | |
| | Name | | | |
| | 7137 Martock Dr. | | _____ | |
| | Plainfield, IN 46168 | | | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:**    **Signature and Declaration**

     **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

     I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/26/2025
              MM / DD / YYYY

✘ /s/ James Oliver            Printed name   James Oliver
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name   Auxiliary Operations Resource, Inc.                    Case number (if known)_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| FlexPac, P.O. Box 62300, Indianapolis, IN 46262 | $55,320.33 | Suppliers or vendors |
| Labor Solutions, 10275 W. Higgins Rd., Suite 725, Des Plaines, IL 60018 | $109,298.09 | Suppliers or vendors |
| BCI Cra-Wal Division, P.O. Box 74007168, Chicago, IL 60674-7168 | $32,212.48 | Suppliers or vendors |
| Center Point Energy, P.O. Box 1423, Houston, TX 77251 | $39,188.90 | Utility services |
| AT&T Wireless, P.O. box 6463, Chicago, IL 60197-6463 | $16,959.87 | Other |
| Uline, P.O. Box 88741, Chicago, IL 60680 | $68,515.40 | Suppliers or vendors |
| Lambel Corporation, | $8,856.12 | |
| Principal Life Insurance, | $15,310.77 | |
| Auto Owners Insurance, | $57,602.94 | |
| American Homes 4 Rent, | $9,735.14 | |
| Empower, | $17,452.57 | |

**7) Legal Actions**

CPUS Metro Air Plainfield, LP vs. Auxiliary Operations Resource Inc.

32D01-2504-PL-0057

Complaint for Damages

Hendricks County Superior Court

355 S. Washington Street, Danville, IN 46122

Pending

-------


**14) Previous Locations**

| | | |
|---|---|---|
| 558 Airtech Parkway, Plainfield, IN 46168 | 02/2023 | 06/2023 |

Debtor Name    Auxiliary Operations Resource, Inc.    Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**26d) Creditors**

**Internal Revenue Service**

**Palmer Leasing**                    **2875 Tobey Dr., Indianapolis, IN 46219**

**Nuveen Real Estate**                **730 Third Avenue, New York, NY 10017**


**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Ronna Oliver**

**9070 Woodacre Blvd. South Drive**
**Indianapolis, IN 46234**

**Amount of money or description: $73,481.26**

**Dates: - , - , -**

**Reason: Payments made between 6/28/2024 and 6/2025 for payroll**

**---**

**Name and Address:**

**James Oliver**

**9070 Woodacre Blvd South Drive**
**Indianapolis, IN 46234**

**Amount of money or description: $349,018.22**

**Dates: - , - , -**

**Reason: Payments made between 6/28/2024 - 6/20/2025 -Salary**

**---**

Returned Lease Equipment

## Associated Material Handling

| ORDER NUMBER | EQUIPMENT TYPE | SERIAL NUMBER | RETURN DATE |
|---|---|---|---|
| UC220520002 | 4 Wheel Sit Down (double clamp) | 475-22-15364 | 7-May |
| UC230320001 | 3 Wheel Sit Down | 446-20-13523 | 1-Jun |
| UC230320001 | 4 Wheel Sit Down | 475-19-12695 | 1-Jun |
| UC230520005 | Toyota Gas Sit Down Forklift | 8FGCU25-86425 | 7-May |
| UC230520006 | 4 Wheel Sit Down | 475-19-12289 | 1-Jun |
| UC210920001 | SIngle Pallet Walkie | 841-20-57164 | 7-May |
| UC230320001 | 3 Wheel Sit Down | 446-18-10795 | 1-Jun |
| UC221120003 | Dock Stocker | 415-22-77175 | 7-May |
| UC230220002 | Double Pallet Walkie | 841-23-0069896 | 7-May |
| UC220420003 | Cole Expediter | EB36E-N1000301 | 7-May |
| UC220520002 | 4 Wheel Sit Down (double clamp) | 475-22-15365 | 7-May |
| UC220520002 | 4 Wheel Sit Down (double clamp) | 475-22-15372 | 7-May |
| UC220420003 | Cole Chariot | DAE15E-N1000161 | 7-May |
| UC220420003 | Cole Stockchaser | FA36E-N1000372 | 7-May |
| UC230320001 | 4 Wheel Sit Down | 475-17-10290 | 7-May |
| UC230320001 | Dock Stocker | 415-17-56787 | 7-May |

## Penske Truck Leasing

| ORDER NUMBER | EQUIPMENT TYPE | VIN | RETURN DATE |
|---|---|---|---|
| | 26' Dry Van (Box Truck) | 3ALACWFC5SDVK2881 | 1-Apr |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Auxiliary Operations Resource, Inc._____

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/26/2025___      ✘ /s/ James Oliver _____
  MM / DD / YYYY          Signature of individual signing on behalf of debtor

                James Oliver _____
                Printed name

                President _____
                Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Rev. 4/2011

_Auxiliary Operations, Inc._
_____   **Debtor(s)**     **Case No.** _____

### CURRENT BUSINESS INCOME AND EXPENSES

Please provide figures for the full calendar month preceding the date of petition to the date of petition.
Bank book balance and cash on hand at *beginning of full calendar month preceding filing*

$  13,660
_____

RECEIPTS & OTHER FUNDING:

| | | |
|---|---|---|
| 1. | Sales/Receipts | $  659,779 |
| 2. | Accounts Receivable Collections | $ |
| 3. | Loans/Financing | $ |
| 4. | Capital Contributions | $ |
| 5. | Other Receipts (describe below) | $ |

_____   $ _____

_____   $ _____

_____   $ _____

**I. TOTAL RECEIPTS & FUNDING** (sum of lines 1-5)          **$  659,779**

EXPENDITURES:

| | | |
|---|---|---|
| 6. | Inventory Purchases | $  35,125 |
| 7. | Taxes | $  35,382 |
| 8. | PAYROLL | |
| | a.  Compensation of Insiders | $  78,750 |
| | b.  Salaries & Wages | $  271,458 |
| | c.  Outside Labor | $  113,752 |
| 9. | Payments to Professionals | $ 7,216 |
| 10. | Insurance | $ 21,833 |
| 11. | Real Property Rent Payments | $ 19,204 |
| 12. | Equipment Lease Payments | $ 8,363 |
| 13. | Mortgage Payments | $ |
| 14. | Utilities/Telephone | $ 19,270 |
| 15. | Supplies | $ 21,526 |
| 16. | Repairs & Maintenance | $ 7,441 |
| 17. | Travel & Entertainment | $ 5,062 |

18.  Other Expenses (describe below)              $  17,737

    Loan Payment                          $   732

    Information Technology                 $  6,825

    Related Party Disbursements            $ 10,181

**II. TOTAL EXPENDITURES** (sum of lines 6-18)                          $ 662,140

**NET CASH FLOW** (Total Receipts less Total Expenditures)             $ (2,361)

Bank book balance and cash on hand at *date of filing*                 $ 11,299

**(Note:  Declaration required if form is filed separately from other schedules.)**

I/We declare under the penalty of perjury that the information provided in this form is true and correct.

Date:  6/25/25

_James B Oliver_____ (Signature of Debtor)

_James B. Oliver_____ (Printed Name of Debtor)

_____ (Signature of Joint Debtor, if any)

_____ (Printed Name of Joint Debtor, if any)

Verification of Creditor List (rev 12/01/18)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

In re:                                              )
 Auxiliary Operations Resource, Inc. _____        )        Case No. _____
*[Name of Debtor(s)]*                               )                  *(xx-xxxxx)*
_____           )
_____ ,              )
                              Debtor(s).            )

☐   Check if this form
is submitted with an
amended creditor list.

## <u>VERIFICATION OF CREDITOR LIST</u>

(I/We) declare under penalty of perjury that all entities included or to be included in
Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification.
This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to
the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment
fee if there are entities listed on (my/our) schedules that are not included in the creditor
list submitted with this verification.

Dated:  _06/26/2025_____

/s/ James Oliver
_____
Signature of Debtor

_____
Signature of Joint Debtor

**(Note:  Certificate of Service not required.)**

Anthem Blue Cross Blue Shield
P.O. Box 61010
Virginia Beach, VA 23466

Associated
7954 Solution Center
Chicago, IL 60677

Associated Integrated Supply Chain Solutions
5905 Decatur Blvd.
Indianapolis, IN 46241

Associated Material Handling Industries, Inc.
133 N. Swift Road
Addison, IL 60101

AT&T Wireless
P.O. box 6463
Chicago, IL 60197-6463

Auto Owners Insurance
P.O. Box 30512
Lansing, MI 48909

BCI Cra-Wal Division
P.O. Box 74007168
Chicago, IL 60674-7168

CBRE
8888 Keystone Crossing, Suite 100
Indianapolis, IN 46240

Center Point Energy
P.O. Box 1423
Houston, TX 77251

Christina Laun Fugate
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN 46282

Concentric
P.O. Box 953262
Saint Louis, MO 63195

Country Pines, Inc.
11013 Country Pines Road
Shoals, IN 47581

CPUS Metro Air Plainfield, LP
200 Park Avenue, 20th Floor
New York, NY 10166

EMP Technical Group
17450 Tiller Court
Westfield, IN 46074

Everon
P.O. Box 872987
Kansas City, MO 64187

Exeter 558 Airtech, LLC
Five Radnor Corporate Center
100 Matson Road, Suite 250
Radnor, PA 19087

FlexPac
P.O. Box 62300
Indianapolis, IN 46262

Hendricks Power Cooperative
P.O. Box 309
Danville, IN 46122

Impact Networking Indiana
P.O. Box 87545
Carol Stream, IL 60188

Indiana Department of Revenue
Bankruptcy Section
100 N. Senate Avenue, MS 108
Indianapolis, IN 46204

Indiana Dept. of Workforce Development
10 N. Senate Avenue
Room SE106
Indianapolis, IN 46204-2277

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

James Oliver
9070 Woodacre Blvd. South Drive
Indianapolis, IN 46234

Job and Talent - LGS Staffing
7820 Roswell Road
Atlanta, GA 30350

Johnson-Melloh
5925 Stockberger Place
Indianapolis, IN 46241

Labor Solutions
10275 W. Higgins Rd., Suite 725
Des Plaines, IL 60018

Lewis Kappes
One American Square, Suite 2500
Indianapolis, IN 46282

Merchants Warehousing Services, Inc.
319 Glen Street
Crawfordsville, IN 47933

OPS - Optimum Personnel Services
6565 Beach Blvd.
Jacksonville, FL 32216

Penske Truck Leasing
P.O. Box 802577
Chicago, IL 60680-2577

Penske Truck Leasing Co., LP
P.O. Box 563
Reading, PA 19603-0563

Pioneer Packaging
1617 N. Meridian Street
Portland, IN 47371

Principal Life Insurance
P.O. Box 77202
Minneapolis, MN 55480-7200

Priority Press
4026 W. 10th Street
Indianapolis, IN 46222

SmithCorona
P.O. Box 392337
Cleveland, OH 44193

Summit
610 Enterprize Drive
Oak Brook, IL 60523

Supreme X
7915 East 30th Street
Indianapolis, IN 46219

TGA North Plainfield, LLC
Cushman & Wakefield
One American Square, Suite 1400
Indianapolis, IN 46282

The JM Companies LLC d/b/a Horizon America
606 E. Landis Avenue
Vineland, NJ 08360

U.S. Small Business Administration
2 North 20th Street
Suite 320
Birmingham, AL 35203

Welch Packaging Group
P.O. Box 856421
Minneapolis, MN 55485

Western A Midwest In, LLC
c/o GLP US Management LLC
Two North Riverside Plaza, Suite 2350
Atlanta, GA 30342

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District of Indiana

**In re** Auxiliary Operations Resource, Inc.

Case No. _____

**Debtor**

Chapter ^11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 60,000.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 450.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
   approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor                    ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they
       are members and associates of my law firm.

       ☐  I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Total compensation shall be based upon the total hours of legal services rendered at the applicable attorney or legal assistant rates, plus expenses, less retainer paid, pursuant to a written engagement letter. No flat fee or flat rate is intended or implied.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the Debtor in any adversary proceeding.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/26/2025

*Date*

/s/ Jeffrey Hester, 22048-49

*Signature of Attorney*

Hester Baker Krebs LLC

*Name of law firm*
One Indiana Sq
Suite 1330
Indianapolis, IN 46204

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** <u>Indiana - Southern</u>

In re <u>Auxiliary Operations Resource, Inc.</u>

Case No. _____

Chapter <u>11</u>

_____
(Debtor(s))

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for <u>Auxiliary Operations Resource, Inc.</u>

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☐ None [check if applicable]

<u>06/25/2025</u>                                    <u>/s/ Jeffrey Hester</u>

Date                                        Statement of attorney or Litigant

**United States Bankruptcy Court**

**IN RE:**                                                      Case No._____

Auxiliary Operations Resource, Inc.
_____ Chapter ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| James Oliver 9070 Woodacre Blvd., Indianapolis, IN 46234 | 100 | President |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

✘ /s/ James Oliver
_____

**Signature of individual signing on behalf of the debtor**

**Date** 06/26/2025